UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANG CHUONG,<br><br>                Petitioner,<br><br>    v.<br><br>JEFFERSON SESSIONS, et al.,<br><br>                Respondents. | Case No. C18-1198-RAJ-MAT<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDER |

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel. Dkt. 3. Having considered petitioner's request, his financial eligibility, and the balance of the record, the Court finds and ORDERS:

(1)  The Court is in receipt of a letter from the Federal Public Defender's Office indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated that he is financially eligible for such appointment. *See id.* Accordingly, petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent petitioner in these proceedings.

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER - 1

(2) The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the Honorable Richard A. Jones.

Dated this <u>17th</u> day of August, 2018.

Mary Alice Theiler
United States Magistrate Judge