UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANG CHUONG,

              Petitioner,

v.

JEFFERSON SESSIONS, et al.,

              Respondents.

Case No. C18-1198-RAJ-MAT

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Petitioner, who is proceeding through counsel, filed a stipulation and proposed order for dismissal of this immigration habeas action with prejudice and without an award of costs or fees to either party. Dkt. 6. Because respondents have not filed a return memorandum or otherwise responded to the habeas petition, the Court construes petitioner's stipulation as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (filing notice of dismissal

\\

\\

MINUTE ORDER - 1

before opposing party serves answer or motion for summary judgment results in voluntary dismissal of action without court order), which results in automatic dismissal of this case.

Dated this <u>12th</u> day of September, 2018.

<u>William M. McCool</u>
Clerk of Court

By: <u>s/ Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER - 2